**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

# NOT  DESIGNATED  FOR  PUBLICATION

Robert Bartholomew Evans, III
Burgos & Evans, LLC
3535 Canal Street, 2nd Fl
New Orleans LA 70119-6135

**REHEARING ACTION: May 27, 2015**

**Docket Number: 15   00162-CW**

**MARY WASHINGTON**
**VERSUS**
**DR. JOHN H. FAIRBANKS, M.D.,**
**ET AL.**

**Writ Application from Concordia Parish Case No. 48633**

**BEFORE JUDGES:**

    **Hon. Sylvia R. Cooks**
    **Hon. John D. Saunders**
    **Hon. Marc T. Amy**
    **Hon. John E. Conery**
    **Hon. David Kent Savoie**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Mary Washington** has this day been

    **DENIED.**
    Cooks, J., would grant the rehearing.
    Saunders, J., would grant the rehearing.

cc: Gaye Nell Currie, Counsel for the Applicant
    Herbert J. Mang, Jr., Counsel for  the Respondent
    Scott B. McLemore, Counsel for  the Respondent
    E. Stuart Ponder, Counsel for  the Respondent